IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1291-MHT |
| TOWN OF SILAS, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

## CONSENT FINAL JUDGMENT

There being no objection to defendant Town of Silas's motion for final dismissal of this action filed August 11, 2006 (Doc. No. 2); and Alabama Act No. 2006-252 having received § 5 preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of this court entered May 11, 1988, providing that the Town Council of the Town of Silas shall be composed of five members

elected at large, without designated or numbered places, with the five candidates receiving the most votes being elected and each voter casting only one vote.

(3) The injunction contained in the prior judgment of this court to the extent it pertains to defendant Town of Silas is dissolved.

(4) All claims against the defendant Town of Silas in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 23rd day of August, 2006.

                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**